## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RAYMOND L. BARTEE, | : | |
| Plaintiff, | : | Civ. No. 14-8057 (RBK) (KMW) |
| v. | : | |
| COHEN, et al., | : | **MEMORANDUM AND ORDER** |
| Defendants. | : | |

Plaintiff filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 while he was detained at the Atlantic County Justice Facility in Mays Landing, New Jersey. Subsequently, plaintiff filed a proposed amended complaint. On December 8, 2015, this Court granted plaintiff's application to proceed *in forma pauperis* and stated that the amended complaint would be screened in due course. However, on December 28, 2015, the December 8, 2015 Order was returned as undeliverable on plaintiff's as he had been released.

As of today's date, plaintiff has not updated the Court with his new address in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminate this case.

2

Accordingly, IT IS this ___5th___ day of January, 2016,

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this matter for failure to comply with L. Civ. R. 10.1, with the right to re-open upon plaintiff updating his contact information and satisfying the appropriate Rules.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge